**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| WILLIAM G. COWNIE, II ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-MC-09005-W-FJG |
| ) | |
| CHURCH OF SCIENTOLOGY ) | |
| INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 21, 2010, the Court held a telephone conference with the parties on plaintiff's Motion to Quash the Subpoena Duces Tecum served by defendant on William G. Cownie (Doc. # 1).

After consideration of the parties' arguments, the Court hereby **ORDERS** plaintiff to produce all non-privileged documents requested by defendant related to Case No. 0716-CV13253 filed in the Circuit Court of Jackson County, Missouri as well as all non-privileged documents sought by defendant in the separate case arising from the same incident as described in paragraph eight of plaintiff's Motion to Quash.

Defendant shall serve plaintiff with a subpoena describing the documents defendant is requesting that plaintiff produce. Within a reasonable time after service of the subpoena, plaintiff shall serve defendant with his written response, specifying the documents he is prepared to produce and setting forth any objections he may have and shall promptly mail to defendant a copy of the documents he indicates he has agreed to produce. In addition to written objections, plaintiff shall provide defendant a privilege log describing all responsive documents plaintiff is withholding from production on account

of any claim of privilege.

Plaintiff shall be entitled to the reasonable costs incurred in responding to the subpoena, including copying and mailing costs. Accordingly, plaintiff's Motion to Quash is hereby **DENIED** (Doc. # 1).


Date: <u>January 29, 2010</u>                                 **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                                  Fernando J. Gaitan, Jr.
                                                                         Chief United States District Judge